# United States District Court
# For The Western District of North Carolina
# Statesville Division

ANGELA WILLIAMS,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                               5:10CV136

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 26, 2011 Order.

                                                     Signed: January 26, 2011

                                                     Frank G. Johns, Clerk
                                                     United States District Court