IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
No. 5:10-cv-136-RLV-DSC

| ANGELA WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CONSENT ORDER** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | ) | |
| Defendant. | ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $628.66 for attorney's fees, in full and final settlement of all claims due against the Social Security Administration, for attorney's fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore **ORDERED** that the Commissioner of Social Security pay to Plaintiff the sum of $628.66 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

**SO ORDERED**.

Signed: February 24, 2011

_____
David S. Cayer
United States Magistrate Judge

CONSENTED TO:

_____

CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC  27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com


_____
MATTHEW J. DEL MASTRO
Special Assistant United States Attorney
Attorney for Defendant
Social Security Administration
Office of the General Counsel
625 JFK Federal Building
Boston, MA 02203
Telephone: (617) 565-2369
Fax: (617) 565-4447
E-mail: matthew.del.mastro@ssa.gov
Mass. Bar Number 672671